UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM CATO SELLS,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>SECOND JUDICIAL DISTRICT COURT, STATE OF NEVADA, COUNTY OF WASHOE, et al.,<br><br>　　　　　　　　　Defendant. | Case No. 3:23-cv-460-ART-CLB<br><br>ORDER<br><br>(ECF No. 4) |

　　　　Plaintiff William Cato Sells filed a *pro se* suit to remove his state criminal proceedings to federal court. Magistrate Judge Baldwin issued a Report and Recommendation (R&R) recommending the case be remanded to state court and closed. (ECF No. 4.) Plaintiff did not object to the R&R. Several months later, Plaintiff submitted a motion to file an amended request for removal that did not respond to the reasoning in the R&R.

　　　　The Court adopts the R&R in full, dismisses the action without prejudice, and denies Plaintiff's application to proceed *in forma pauperis* (ECF No. 1) as moot. The Court is not required to "review . . . any issue that is not the subject of an objection" to an R&R. *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *see, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003). Plaintiff has not objected to the R&R.

　　　　The Court therefore adopts the R&R (ECF No. 4) in full and dismisses Plaintiff's complaint (ECF No.1) without prejudice.

　　　　DATED THIS 25th day of October 2024.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　ANNE R. TRAUM
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1